IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSEPH ARCHER PLAINTIFF

VS. CIVIL ACTION NO. 5:25-CV-54-DCB-BWR

WARDEN T. DELANEY DEFENDANT

ORDER

Before the Court is the Report and Recommendation [ECF No. 18] of the United States Magistrate Judge entered herein on October 20, 2026, after referral of hearing by this Court in this case brought pursuant to 42 U.S.C. § 1983. In the Report and Recommendation, Judge Rath recommended that Defendant Delaney's Motion for Summary Judgment [ECF No. 13] be granted and that Plaintiff's Archer's claims should be dismissed without prejudice based on his failure to exhaust administrative remedies. Plaintiff has failed to file objections to the Report and Recommendation within the time to do so, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation [ECF No. 18] should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court. Accordingly, the Motion for Summary Judgment [ECF No. 13] is granted, and Archer's Complaint [ECF No. 1] is hereby dismissed

without prejudice. All other pending motions are denied as moot. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED, this the 18th day of November, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE